

FILED
NOV 06 2009

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
South EAST DIVISION

David M. DeLoria
Plaintiff,

CIV 09-4162

South Dakota Dept of Corrections OKC's
Warden Douglas Weber Contract Psychological Services
Contract Health Services And ILAOs
Defendant.

COMPLAINT

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (X)

B. If your answer to "A" is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs _____

   Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

(1)

II. PLACE OF PRESENT CONFINEMENT  SDSP
P.O. Box 5911
Sioux Falls SD. 57117-5911
South Dakota State Penitentiary

   A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No ( )

   C. If your answer is yes,

      1. What steps did you take?  IRR + AR = Denied

      2. What was the result?  No Action Denied

   D. If your answer is no, explain why not  DOC. likes to Interfere And Read Legal Mail

   E. If there is no prison grievance procedure in the in the institution, did you complain to prison authorities? Yes (X) No ( )

   F. If you answer is yes,

      1. What steps did you take?  Ask till I was blue in the face

      2. What was the result?  AR - Denials

III. PARTIES

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of Plaintiff  David Mikal DeLoria  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
Address  700 E Dakota Pierre S.D. 57501 Apt 213

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

   B. Name of Defendant  Douglas Weber (Wardon) who is employed as Warden at South Dakota State Penitentiary
(2) P.O. Box 5911
Sioux Falls SD. 57117-5911

C.   Additional Defendants OFC's Contract Health Contract Psychological Services Inmate Legal Aide Office

## IV. STATE OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach (extra sheet(s)) if necessary. Yellow Sheet Denial of Medical Needs Psychological Needs Malicious Co-Pay on Indigent Native Inmates 14 Amend. Violations 6TH Amend Violations 1 Amendment Violations 8TH Amendment Violations Dispensing Meds without ted licence to do so. Failing to Provide Free Medical Services Deprevations of Human Rights Abuse of Prisoner Violation of A.D.A. Punishing Mentally Ill without Due Process.

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Injunctive Summery Judgment Compensatory Punitive Damage Award Actual and declaratory Relief Prospective Relief Refined Psychological Services Free Health Service Level Five legal material + Computers Sct CJS. NW2d NW Nw3. F2d F.F3d. Silverados Ajilities Order them to Stop These Abuse of Discretion and Injurious Natures By Depriving Human Needs and Rights.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signed and executed this 4TH day of November, 2009

_____
Signature of Plaintiff

(9/96)

(3)

1) Legal Access to Court and Legal Law Library Restricted on all fronts. Denial of Law in New Age of Cyber challenge's Intelligent Prepared Legal Briefs Denied.

2) Medical Denial

I was made to work on a bad ankle which caused more injury and pain and suffering and having to pay a $5.00 co-pay when treaty layed settled claims that Native Indians have free health care. No reimbursement to D.O.H. or DSS. By D.O.C. Contract Health Abuses Mentally Ill inmates and denies those with mental illness access to sound psychological pharmaceuticles treatment and medication are inadequate. They took my Xanac's away. Psyche Contracts not allowed to criminals serving criminal sintence's contract health, not having nurses to have federal medication licenses to dispense these psyche meds or medical meds.

3/

8TH Amendment Claim Cruel and unusual Punishment not allowing Inmates Sunlight or Vitamins or H1N1 Innoculations or Medical Treatment for Eyes or Heart or Lungs or Cancer or GI Track Deliberate Indifference to Psychological and Medical needs. I was made to suffer without Anxiety meds and made to work when I am mentally Disabled and Physically Impaired I have a Bad Ankle and Health Problems and was Punished by Punitive Confinement for these. in Violation of American Disabilities Act, N.A.M.I Vulnerable Adult Act, Hate Crime Act, Nat. U.N. Treaty title 25, Violations for Free Health care making me Pay $5.00 for a Co-Pay Regardless of D.O.C. Reimbursements to DOH on DSS, and no Adequate Law Access to Books or Lexis Computers to Prepare Fundamental Legal Challenges to These Claims.

-2-