# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 10-1099
_____

David M. Deloria,

Plaintiff - Appellant

v.

South Dakota Department of Corrections;
Douglas Weber, Warden; Inmate Legal
Aide Office; Contract Health and
Psychological Services Offices,

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:09-cv-04162-RHB)
_____

## JUDGMENT

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

The $455.00 appellate filing and docketing fees are assessed against the appellant. The court remands the collection of those fees to the district court.

May 17, 2010

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans